738

the court shall regard it as an appeal from that determination).

■

**Daniel L. SPUCK, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

March 29, 2016.

***ORDER***

PER CURIAM.

AND NOW, this 29th day of March, 2016, the Order of the Commonwealth Court is **AFFIRMED.**